In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00373-CV
_____

SHERRIE SIVLEY, Appellant

V.

KENNY BYRON HEAD, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 17-30122

**MEMORANDUM OPINION**

On October 10, 2017, we notified the parties that an extension of time to file notice of appeal was required because the notice of appeal was filed late, but within the extension time permitted rule. *See* Tex. R. App. P. 26.3. The appellant, Sherrie Sivley, did not respond to the Court's notice and did not file a motion for extension of time to file a notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. No motion for extension of time was filed. *See* Tex. R. App. P. 26.3. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 21, 2017
Opinion Delivered November 22, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.